UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MILLER, DAVID E § Case No. 12-83376
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 6/12/2013 in Courtroom 3100,

United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/ Daniel M. Donahue
                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MILLER, DAVID E | § | Case No. 12-83376 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,500.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 8,480.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,600.00 | $ 0.00 | $ 1,600.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,767.00 | $ 0.00 | $ 1,767.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 48.30 | $ 0.00 | $ 48.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,415.30 |
| Remaining Balance | $ 5,064.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,075.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Portfolio Investments II LLC | $ 1,220.61 | $ 0.00 | $ 198.94 |
| 000002 | Nicor Gas | $ 1,137.50 | $ 0.00 | $ 185.39 |
| 000003 | Advanta Bank Corporation | $ 3,868.11 | $ 0.00 | $ 630.42 |
| 000004 | Capital One, N.A. | $ 623.03 | $ 0.00 | $ 101.54 |
| 000005 | PNC BANK | $ 9,420.56 | $ 0.00 | $ 1,535.36 |
| 000006 | PNC BANK | $ 14,805.78 | $ 0.00 | $ 2,413.05 |

Total to be paid to timely general unsecured creditors     $     5,064.70
Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-83376-TML
David E Miller                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: May 21, 2013
                              Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2013.
```
db          +David E Miller,    321 W. Exchange St.,    Sycamore, IL 60178-1408
19829337     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19391503    +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19391504    #Freedman, Anselmo, Lindberg & Rappe,    1807 West Diehl Rd,    Suite 333,
              Naperville, IL 60563-1890
19391511    +Ntlbk Sycmre,    230 West State Street,    Sycamore, IL 60178-1419
19913025    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19391512     PNC Bank (Business Card),    PO Box 3429,    Pittsburgh, PA 15230-3429
19391513    +Pnc Bank Na,    Po Box 3180,    Pittsburgh, PA 15230-3180
19391514    +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19694922     E-mail/Text: bkr@cardworks.com May 22 2013 01:08:20     Advanta Bank Corporation,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19391501    +E-mail/Text: bkr@cardworks.com May 22 2013 01:08:20     Advanta Bk,    Welsh and McKean Roads,
              Po Box 844,    Spring House, PA 19477-0844
19391502    +E-mail/Text: bkr@cardworks.com May 22 2013 01:08:20     Carson Smithfield LLC,    PO Box 9216,
              Old Bethpage, NY 11804-9016
19391505     E-mail/PDF: gecsedi@recoverycorp.com May 22 2013 01:18:35     GE Capital Retail Bank,
              PO Box 965004,    Orlando, FL 32896-5004
19654558     E-mail/PDF: rmscedi@recoverycorp.com May 22 2013 01:21:19     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19391506    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2013 01:18:33     Gemb/care Credit,
              Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19391507    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2013 01:21:28     Gembppbycr,    Gemb/Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
19391508    +E-mail/Text: bnckohlsnotices@becket-lee.com May 22 2013 00:55:55     Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
19391509    +E-mail/Text: bankruptcydepartment@ncogroup.com May 22 2013 01:35:29     NCO Financial Systems Inc,
              Dept 750,    7595 Montevideo Rd. Ste 110,    Jessup, MD 20794-9382
19391510    +E-mail/Text: bankrup@aglresources.com May 22 2013 00:54:40     Nicor,    1844 Ferry Road,
              Naperville, IL 60563-9600
19686979    +E-mail/Text: bankrup@aglresources.com May 22 2013 00:54:40     Nicor Gas,    Po box 549,
              Aurora il 60507-0549
20354328     E-mail/PDF: rmscedi@recoverycorp.com May 22 2013 01:16:23     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354329     E-mail/PDF: rmscedi@recoverycorp.com May 22 2013 01:16:26
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
19391515    +E-mail/Text: edinkel@vikingservice.com May 22 2013 01:07:56     Viking Client Services Inc,
              7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
19391516    +E-mail/Text: BKRMailOps@weltman.com May 22 2013 01:32:54     Weltman, Weinberg & Reis Co., LPA,
              180 N. LaSalle St.,    Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 15
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: kkrystave             Page 2 of 3            Date Rcvd: May 21, 2013
                              Form ID: pdf006             Total Noticed: 24

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2013**               **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 3 of 3                  Date Rcvd: May 21, 2013
                              Form ID: pdf006              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2013 at the address(es) listed below:

          Annie W Lopez    on behalf of Creditor    JPMorgan Chase Bank, National Association
           alopez@fal-illinois.com
          Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Derrick B Hager    on behalf of Debtor David E Miller dirkhager@sbcglobal.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                                TOTAL: 7