UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
MILLER, DAVID E                           §     Case No. 12-83376
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | PNC Bank (Business Card) PO Box 3429 Pittsburgh, PA 15230-3429 | | | | | |
| | Rockford Mercantile 2502 S. Alpine Rd Rockford, IL 61108 | | | | | |
| 000003 | ADVANTA BANK CORPORATION | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000002 | NICOR GAS | | | | | |
| 000005 | PNC BANK | | | | | |
| 000006 | PNC BANK | | | | | |
| 000001 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-83376 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | MILLER, DAVID E | | | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | | | | 341(a) Meeting Date: | 10/11/12 |
| For Period Ending: | 07/10/13 | | | Claims Bar Date: | 04/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 736 W. Hillcrest Dr. Dekalb, IL 60115 FMV based on | 161,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on person | 100.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Bank - business checking | 200.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third - personal | 100.00 | 0.00 | | 0.00 | FA |
| 5. Fifth Third - savings | 4.00 | 0.00 | | 0.00 | FA |
| 6. typical household furniture, appliances & electron | 500.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel, wedding band | 300.00 | 0.00 | | 0.00 | FA |
| 8. All Steel Union Pension | 19,000.00 | 0.00 | | 0.00 | FA |
| 9. POC's Music 625 E. Lincoln Highway DeKalb, IL 6011 | 30,000.00 | 8,500.00 | | 8,500.00 | FA |
| 10. miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2001 Olds Silloutte Van, 143,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Saturn Vue, 94,000 miles | 2,600.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $216,004.00 | $8,500.00 | | $8,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/13     Current Projected Date of Final Report (TFR): 07/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-83376 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MILLER, DAVID E | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******8878  GENERAL CHECKING |
| Taxpayer ID No: | *******2029 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/12 | 9 | DAVID MILLER | INTEREST IN POC MUSIC INVENTORY | 1129-000 | 6,500.00 | | 6,500.00 |
| 11/28/12 | 9 | DAVID E MILLER<br>321 W EXCHANGE ST<br>SYCAMORE, IL  60178-1408 | INTEREST IN POC MUSIC INVENTORY | 1129-000 | 1,000.00 | | 7,500.00 |
| 01/02/13 | 9 | DAVID E MILLER<br>321 W EXCHANGE ST<br>SYCAMORE, IL  60178-1408 | INTEREST IN POC MUSIC INVENTORY | 1129-000 | 1,000.00 | | 8,500.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 8,490.00 |
| 05/01/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 8,480.00 |
| 06/12/13 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,600.00 | 6,880.00 |
| 06/12/13 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,767.00 | 5,113.00 |
| 06/12/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 48.30 | 5,064.70 |
| 06/12/13 | 000103 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000001, Payment 16.3% | 7100-000 | | 198.94 | 4,865.76 |
| 06/12/13 | 000104 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000002, Payment 16.3% | 7100-000 | | 185.39 | 4,680.37 |
| 06/12/13 | 000105 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000003, Payment 16.3% | 7100-000 | | 630.42 | 4,049.95 |
| 06/12/13 | 000106 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000004, Payment 16.3% | 7100-000 | | 101.54 | 3,948.41 |

Page Subtotals     8,500.00     4,551.59

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-83376 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MILLER, DAVID E | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******8878 GENERAL CHECKING |
| Taxpayer ID No: | *******2029 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/13 | 000107 | Malvern, PA 19355-0701<br>PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 000005, Payment 16.3% | 7100-000 | | 1,535.36 | 2,413.05 |
| 06/12/13 | 000108 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 000006, Payment 16.3% | 7100-000 | | 2,413.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,500.00 | 8,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,500.00 | 8,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,500.00 | 8,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********8878 | 8,500.00 | 8,500.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,500.00 | 8,500.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   3,948.41

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*